AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Domain name of www.griffinsigns.com ) Case No.
)
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ___Rhode Island___ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Domain name: www.griffinsigns.com (see ATTACHMENT A)

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge ___PATRICIA SULLIVAN___.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: July 10 2015 1:35 PM    _____
                                             *Judge's signature*

City and state: Providence, Rhode Island    PATRICIA SULLIVAN, Magistrate Judge
                                            *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 07/10/2015 / 2:40 PM | Copy of warrant and inventory left with: VeriSign, Inc. |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken: N/A Website Seizure | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07-10-2015

*Michael J. Polouski*
*Executing officer's signature*

Michael J. Polouski, Special Agent
*Printed name and title*

# ATTACHMENT A

I. **Seizure Procedure**

    A. The seizure warrant will be presented in person or transmitted via facsimile or email to personnel of the domain name registry listed in Section II ("Subject Registry") and the domain name registrar based in the United States listed in Section III ("Subject Registrar"). The Subject Registry will be directed, for the domain name listed in Section IV ("Subject Domain Name") for which it serves as the top-level domain registry, to make any changes necessary to restrain and lock the domain name pending transfer of all rights, title, and interest in the Subject Domain Name to the United States upon completion of forfeiture proceedings.

    B. Upon seizure of the Subject Domain Name, the Subject Registry shall point the Subject Domain Names to IP address 74. 81. 170. 109 (for "ns.1.< domain name>" name server fields) and 74. 81. 170. 108 (for "ns2.< domain name>" name server fields), at which the Government will display a web page with the following notice:

> This domain name has been seized by ICE – Homeland Security Investigations pursuant to a seizure warrant issued by a United States District Court under the authority of 18 U.S.C. §§ 981 and 2323. Willful copyright infringement is a federal crime that carries penalties for first time offenders of up to five years in federal prison, a $250,000 fine, forfeiture and restitution, 17 U.S.C. § 506, 18 U.S.C. §2319. Intentionally and knowingly trafficking in counterfeit goods is a federal crime that carries penalties for first time offenders of up to ten years in federal prison, a $2,000,000 fine, forfeiture and restitution, 18 U.S.C. § 2320.

    C. Upon seizure of the Subject Domain Names, the Subject Registry will take all steps necessary to restrain and lock the domain at the registry level to ensure that changes to the subject domain names cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with United States Immigration and Customs Enforcement. All name server fields will be changed to reflect "ns1.[Subject Domain Name]" and "ns2.[Subject Domain Name]" i.e:

"ns1.griffinsigns.com" and/or "ns2.griffinsigns.com"

D. Upon seizure of the Subject Domain Names, the Subject Registrars based in the United States shall contact the registrant of the Subject Domain Name and provide them notice of the seizure along with the following contact information:

(a) Name: Homeland Security Investigations
     National Intellectual Property Rights Coordination Center
(b) Address:  2451 Crystal Drive, Suite 200
     Arlington, VA 20598-5105, USA

(c) Telephone:  1-866-IPR-2060 (477-2060)
(d) Email: IPRCenter@dhs.gov
(e) Fax:  703-603-3872

## II. Subject Registries

VeriSign, Inc.
12061 Bluemont Way
Reston, VA 20190

## III. Subject Registrar based in the U.S.

Godaddy.com, Inc.
14455 N. Hayden Road, Suite 226
Scottsdale, AZ 85260

## IV. Subject Domain Names

griffinsigns.com